## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Ranjith Keerikkattil**

        Plaintiff(s),

VS.

**Raymond Stargel, et. al.**

        Defendant(s).

Attorney: NONE

Ranjith Keerikkattil
4707 Grand Bend Drive
Catonsville MD 21228



*202468*

**Case Number: 1:16-cv-00857 *RBW***

Legal documents received by Same Day Process Service, Inc. on **05/06/2016** at **3:21 PM** to be served upon **Mayor Muriel Bowser**, at **441 4th St., NW, 6th Fl., Washington, DC, 20001**

I, **Robert Briggs-Snodgrass**, swear and affirm that on **May 09, 2016** at **12:18 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; Initial Electronic Case Filing Order** to Darlene Fields as **Staff Assistant & Authorized Agent** at **441 4th St., NW, 6th Fl. , Washington, DC 20001** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 45 Height: 5ft4in-5ft8in Weight: 131-160 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Robert H N*

**Robert Briggs-Snodgrass**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID:202468

District of Columbia: SS
Subscribed and Sworn to before me
this ___ day of _____, 2016

Michael Molash, Notary Public, D.C.
My commission expires July 14, 2017



RECEIVED

MAY 10 2016

Clerk, U.S. District and
Bankruptcy Courts

## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Ranjith Keerikkattil**

      Plaintiff(s),

VS.

**Raymond Stargel, et. al.**

      Defendant(s).

Attorney: NONE

Ranjith Keerikkattil
4707 Grand Bend Drive
Catonsville MD 21228



\*202465\*

**Case Number: 1:16-cv-00857  _RBW_**

Legal documents received by Same Day Process Service, Inc. on **05/06/2016** at **3:05 PM** to be served upon **Channing Phillips**, at **501 3rd St., NW, Washington, DC, 20530**

I, **Robert Briggs-Snodgrass**, swear and affirm that on **May 09, 2016** at **12:31 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; Initial Electronic Case Filing Order** to **James Paxton** as **Paralegal Specialist & Authorized Agent** at **501 3rd St., NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 45 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Robert Briggs-Snodgrass**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

**(202)-398-4200**

Internal Job ID:202465

District of Columbia: SS
Subscribed and Sworn to before me
this __9__ day of _____, 216

Michael Molash, Notary Public, D.C.
My commission expires July 14 2017



RECEIVED

MAY 1 0 2016

Clerk, U.S. District and
Bankruptcy Courts