**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RANJITH KEERIKKATTIL,            ) | |
|                                                        ) | |
|            Plaintiff,                          ) | |
|                                                        ) | |
|            vs.                                    ) | Civil Action No. 1:16-cv-00857-RBW |
|                                                        ) | |
| RAYMOND STARGEL, et al.,     ) | |
|                                                        ) | |
|            Defendants.                      ) | |
| _____ ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Jason T. Cohen as counsel of record for Defendants Channing Phillips and Kristina Wolf in the above-captioned case.

Dated:  May 16, 2016                              Respectfully submitted,

                                                                    CHANNING D. PHILLIPS
                                                                    United States Attorney
                                                                    D.C Bar #415793

                                                                    DANIEL VAN HORN
                                                                    Chief, Civil Division
                                                                    D.C. Bar # 924092


                                          By:        /s/ Jason T. Cohen
                                                                    JASON T. COHEN
                                                                    Assistant United States Attorney
                                                                    ME BAR #004465
                                                                    555 Fourth St., N.W.
                                                                    Washington, D.C. 20530
                                                                    Phone: (202) 252-2523
                                                                    Fax: (202) 252-2599
                                                                    Email: jason.cohen@usdoj.gov