# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Ranjith Keerikkattil**

    Plaintiff(s),

VS.

**Raymond Stargel, et. al.**

    Defendant(s).

Attorney: NONE

Ranjith Keerikkattil
4707 Grand Bend Drive
Catonsville MD 21228

*202460*

**Case Number: 1:16-cv-00857**

Legal documents received by Same Day Process Service, Inc. on **05/06/2016** at **2:32 PM** to be served upon **Raymond Stargel at 101 M Street SW, Washington, DC 20024**

I, **Christopher Hester**, swear and affirm that on **May 10, 2016** at **2:16 PM**, I did the following:

**Personally** Served **Raymond Stargel** the person listed as the intended recipient of the legal document with this **Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; Initial Electronic Case Filing Order** at **101 M Street SW , Washington, DC 20024**.

**Description of Person Accepting Service:**
Sex: Male  Age: 48  Height: 5ft4in-5ft8in  Weight: Over 200 lbs  Skin Color: White  Hair Color: Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Christopher Hester**
Process Server

**Same Day Process Service, Inc.**
**1413 K St., NW, 7th Floor**
**Washington DC 20005**

(202)-398-4200

Internal Job ID:202460



District of Columbia: SS
Subscribed and Sworn to before me
this 12 day of May, 2016

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021

RECEIVED Mail Room
MAY 17 2016
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia



RECEIVED 2016 MAY 16 P 5:02 CLERK US DISTRICT & BANKRUPTCY COURTS

# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the District of Columbia

**Ranjith Keerikkattil**

    Plaintiff(s),

VS.

**Raymond Stargel, et. al.**

    Defendant(s).

Attorney: NONE

Ranjith Keerikkattil
4707 Grand Bend Drive
Catonsville MD 21228



*202462*

**Case Number: 1:16-cv-00857**

Legal documents received by Same Day Process Service, Inc. on **05/06/2016** at **2:49 PM** to be served upon **Kristina Wolf**, at **555 4th Street NW, Washington, DC, 20530**

I, **Robert Briggs-Snodgrass**, swear and affirm that on **May 10, 2016** at **2:29 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; Initial Electronic Case Filing Order** to **James Paxton** as **Paralegal Specialist** at **555 4th Street NW , Washington, DC 20530** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male Age: 45 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Brown Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*RECEIVED 2016 MAY 16 P 5:02 CLERK U.S. DISTRICT & BANKRUPTCY COURTS*

_Robert Briggs-Snodgrass_ (signature)

**Robert Briggs-Snodgrass**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:202462



District of Columbia: SS
Subscribed and Sworn to before me
this __10__ day of __May__, 2016

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



## AFFIDAVIT OF PROCESS SERVER

### United States District Court for the District of Columbia

**Ranjith Keerikkattil**

      Plaintiff(s),

VS.

**Raymond Stargel, et. al.**

      Defendant(s).

Attorney: NONE

Ranjith Keerikkattil
4707 Grand Bend Drive
Catonsville MD 21228



*202461*

**Case Number: 1:16-cv-00857**

Legal documents received by Same Day Process Service, Inc. on **05/06/2016** at **2:37 PM** to be served upon **Cathy Lanier,** at **300 Indiana Avenue NW, Washington, DC, 20024**

I, **Robert Briggs-Snodgrass**, swear and affirm that on **May 09, 2016** at **1:02 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Summons; Notice of Right to Consent to Trial Before a United States Magistrate Judge; Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; Complaint; Initial Electronic Case Filing Order** to **Teresa Quan** as **Assistant General Counsel & Authorized Agent** at **300 Indiana Avenue NW , Washington, DC 20024** of the government agency and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female Age: 45 Height: 5ft9in-6ft0in Weight: 131-160 lbs Skin Color: Asian Hair Color: Black

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_Robert R-N_
**Robert Briggs-Snodgrass**
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:202461

District of Columbia: SS
Subscribed and Sworn to before me
this ___4___ day of ___May___ 2016

Tyler Walker, Notary Public, D.C.
My commission expires February 14, 2021



RECEIVED 2016 MAY 16 P 5: 02 CLERK US DISTRICT & BANKRUPTCY COURTS