# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RANJITH KEERIKKATTIL, | ) |
| Plaintiff, | ) ) ) |
| v. | )    Case No: 1:16-cv-00857-RBW |
| RAYMOND STARGEL, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## NOTICE OF ENTRY OF APPEARANCE

Please **enter** the appearance of Assistant Attorney General Lindsay M. Neinast as counsel for Defendants the District of Columbia, Detective Raymond Stargel, and Chief of Police Cathy Lanier in the above-captioned matter.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ *Jonathan H. Pittman*
JONATHAN H. PITTMAN [430388]
Assistant Deputy Attorney General
Civil Litigation Division

/s/ *Lindsay M. Neinast*
LINDSAY M. NEINAST [998458]
Assistant Attorney General
441 4th Street, N.W., Suite 630 South
Washington, D.C. 20001
(202) 724-6534 (Telephone)
(202) 741-8923 (Fax)
E-mail: Lindsay.Neinast@dc.gov